UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

\* \* \* \* \*

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARCUS GABRIEL HENDERSON,

    Defendant.

3-13-cv-0410-RCJ

Case No. 3:13-mj-0098-WGC

**ORDER STAYING RELEASE OF DEFENDANT MARCUS GABRIEL HENDERSON PENDING TRIAL**

Upon consideration of the motion of the government, the Order of the magistrate judge releasing Defendant Marcus Gabriel Henderson dated August 1, 2013 is stayed pending further consideration and hearing in this matter by this Court. The defendant shall remain in custody pending resolution of this matter.

Dated this 2nd day of August, 2013.

BY THE COURT:

_____
United States District Court Judge

4